# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIGGS, #129969, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0726-CG-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 5, 2014, is **ADOPTED** as the opinion of this Court, and it is **ORDERED** that defendant's motion for summary judgment (Docs. 22 & 23, as converted by Doc. 24) is granted and that judgment be entered in favor of the defendant, Tony Patterson, and against the plaintiff, Arthur Griggs, the plaintiff to have and recover nothing of this defendant.

**DONE and ORDERED** this 2nd day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE